Joseph P. Guglielmo
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
(212) 223-6444

*Attorney for Plaintiff Carlos A. Paraliticci dba*
*Farmacia Concordia*

[Additional Counsel on Signature Page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LIPITOR ANTITRUST LITIGATION | MDL No. 2332<br><br>Civil Action No.: 12-2389 (PGS)(DEA) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carlos

A. Paraliticci dba Farmacia Concordia hereby dismisses its action as originally filed in

*Paraliticci v. Pfizer*, Case No. 3:12-cv-02642 (PGS) (DEA), without prejudice and without costs.

Dated:    July 12, 2012

Respectfully submitted,

SCOTT+SCOTT LLP

SO ORDERED: _____

DATED: _____ 7/20/12

/s/ Joseph P. Guglielmo
JOSEPH P. GUGLIELMO
500 Fifth Avenue, 40th Floor
New York, NY 10110
212-223-6444
jguglielmo@scott-scott.com

1

SCOTT+SCOTT LLP
CHRISTOPHER M. BURKE
707 Broadway, Suite 1000
San Diego, CA 92101
619-233-4565
cburke@scott-scott.com

CARELLA, BYRNE, CECCHI, OLSTEIN,
   BRODY & AGNELLO, P.C.
JAMES E. CECCHI
LINDSEY H. TAYLOR
5 Beck Farm Road
Roseland, New Jersey 07068
Telephone:  (973) 994-1700

*Counsel for Plaintiff*